IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
C.J. SCHNEIDER ENGINEERING    )
CO., P.C., a Nebraska         )
Professional Corporation,     )
                              )
            Plaintiff,        )          8:07CV229
                              )
        v.                    )
                              )
NORDIC BIOFUELS OF NEBRASKA,  )          ORDER
LLC, Nebraska Limited         )
Liability Company, NORDIC     )
BIOFUELS, LLC, a Washington   )
Limited Liability Company,    )
JOHN A. BAARDSON, an          )
individual, BAARD RENEWABLES, )
LLC, a Delaware Limited       )
Liability Company, and        )
FRU-CON CONSTRUCTION          )
CORPORATION, a Missouri       )
corporation,                  )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion to amend complaint (Filing No. 25). The Court notes no opposition has been filed thereto. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until December 14, 2007, to file an amended complaint.

DATED this 7th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court