IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| C.J. SCHNEIDER ENGINEERING CO., P.C., A Nebraska Professional Corporation, | ) ) ) | 8:07CV229 |
| Plaintiff, | ) ) | |
| V. | ) ) | ORDER |
| ABENGOA BIOENERGY OF NEBRASKA, LLC, f/k/a NORDIC BIOFUELS OF RAVENNA, LLC, a Nebraska Limited Liability Company, NORDIC BIOFUELS OF NEBRASKA, LLC, a Nebraska Limited Liability Company, NORDIC BIOFUELS, LLC, a Washington Limited Liability Company, JOHN A. BAARDSON, an individual, BAARD RENEWABLES, LLC, a Delaware Limited Liability Company and FRU-CON CONSTRUCTION CORPORATION, a Missouri Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 45).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, March 27, 2008 at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 11th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court