# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **C.J. SCHNEIDER ENGINEERING CO., P.C.,** a Nebraska Professional Corporation, | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | **8:07CV229** |
| vs. | ) ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| **ABENGOA BIOENERGY OF NEBRASKA, LLC , et al.,** | ) ) ) | |
| **Defendants.** | ) | |

The records of the court show that on March 12, 2008, a letter (filing #48) was sent to attorney Timothy J. Walsh from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

As of May 1, 2008, Mr. Walsh has not complied with this requirement.

**IT IS ORDERED** that, on or before May 15, 2008, attorney Timothy J. Walsh shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED May 1, 2008.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**