IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
C.J. SCHNEIDER ENGINEERING    )
CO., P.C., a Nebraska         )
Professional Corporation,     )
                              )
              Plaintiff,      )        8:07CV229
                              )
        v.                    )
                              )
ABENGOA BIOENERGY OF NEBRASKA,)        ORDER
LLC, f/k/a NORDIC BIOFUELS OF )
RAVENNA, LLC, a Nebraska      )
Limited Liability Company,    )
NORDIC BIOFUELS OF NEBRASKA,  )
LLC, a Nebraska Limited       )
Liability Company, NORDIC     )
BIOFUELS, LLC, a Washington   )
Limited Liability Company,    )
JOHN A. BAARDSON, an          )
individual, BAARD RENEWABLES, )
LLC, a Delaware Limited       )
Liability Company, and        )
FRU-CON CONSTRUCTION          )
CORPORATION, a Missouri       )
corporation,                  )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 58). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED this 24th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court